# Milbank

MEMO ENDORSED

**KATHERINE R. GOLDSTEIN**

*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5138
KGoldstein@milbank.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:_____

February 4, 2020

> *Conference adjourned to February 26, 2020 at 2:30 p.m.*

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **SO ORDERED:**
> Date: 2-4-2020  *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

Re:     *United States v. Jose Coste*, 13 Cr. 587 (RMB)

Dear Judge Berman:

The parties in the above-captioned matter are currently scheduled to appear before your Honor on February 5, 2020 at 11:00 a.m.  With the consent of the Government and United States Probation Officer Daveena Tumasar, I respectfully request that the February 5, 2020 conference be adjourned to Friday, February 28, 2020.

Thank you for your consideration of this matter.

Respectfully submitted,

*Katherine Goldstein*

Katherine Goldstein
Partner

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO