

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2021

**By ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *United States* v. *Mendez, et al.*, 13 Cr. 587

Dear Judge Berman:

    I am leaving the U.S. Attorney's Office at the end of this week.  Accordingly, I respectfully request that the Court terminate my appearance in this case and remove me from the docket.

    Respectfully submitted,

    Audrey Strauss
    United States Attorney

By:    /s/
    Sarah Krissoff
    Assistant United States Attorneys
    (212) 637-2232

cc: Defense Counsel (by ECF)

---

Application granted.

SO ORDERED:
Date: 10/13/21

*Richard M. Berman*
Richard M. Berman, U.S.D.J.